927 A.2d 207

**COMMONWEALTH of Pennsylvania, ex rel, Eugene CARVALHO, Petitioner,**

**v.**

**Judge WEIST, John Broda, and Da Anthony Rosini, Respondents.**

**No. 51 MM 2007.**

Supreme Court of Pennsylvania.

June 26, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of June, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus is denied and the Judge's name is to be stricken from the caption.